IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 4:26-cr-15 |
| | ) |
| v. | ) |
| | ) 18 U.S.C. § 111(a)(1) and (b) |
| STEVEN ERIC CASE, | ) Assaulting, Resisting or Impeding Certain |
| | ) Officers or Employees |
| | ) (Count 1) |
| Defendant. | ) |

## INDICTMENT

FEBRUARY 2026 TERM - at Newport News, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Assaulting, Resisting or Impeding Certain Officers or Employees)

On or about the 20th day of January, 2026, in the Eastern District of Virginia, the defendant, Steven Eric Case, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114 who was engaged in official duties, or any person assisting such employee, such conduct involving physical contact, and inflicting bodily injury.

(In violation of Title 18 United States Code, Section 111(a)(1) and (b), a felony.)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

<u>United States v. Steven Eric Case</u>
Criminal No. 4:26-cr-15

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

By: *[signature]*
Catherine Black
Assistant United States Attorney
United States Attorneys' Office
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4039
Fax: (757) 591-0866
Catherine.Black@usdoj.gov