**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet               U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

## Defendant Information:

Juvenile: Yes ☐ No ☒   FBI#:

| Defendant Name: | STEVEN ERIC CASE | Alias Name(s): |
|---|---|---|
| Address: | Virginia Beach, VA 23455 | |
| Employment: | | |

| Birth Date: 1988 | SS#: xxx-xx-0344 | Sex: M | Race: | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒   List Language and/or dialect:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: ___ on: _.

| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: |

## U.S. Attorney Information:

| AUSA Catherine Black | Telephone No. 757-591-4000 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Dept. of the VA, James White; 757-722-9961 ext. 3139

**U.S.C. Citations:**

| Set 1 | 18 U.S.C. § 111(a)(1) and (b) | Assaulting, Resisting or Impeding Certain Officers or Employees | Felony | Count 1 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |